```
Form 02 - SUITABLE AGE          AETNA CENTRAL JUDICIAL SERVICES
          FURGANG & ADWAR, L.L.P.
          ATTN:
U.S.SOUTHERN DIST. COURT         NEW YORK   COUNTY
------------------------------------------------
                                                    Index No. 08-CIV-4452
NEIL FALLON, ETAL                       plaintiff
                                                    Date Filed  ...........
                  - against -
                                                    Office No. 10057
DRT ENTERTAINMENT, INC., ETANO          defendant
                                                    Court Date:   / /
------------------------------------------------
      STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:
HARRY TORRES      being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the State of New York. That on the
20th day of May, 2008   04:48 PM              at
      %DRT ENTERTAINMENT, INC.
      511 W.33RD ST.4THFL.NY,NY 10001
I served the   SUMMONS AND COMPLAINT
               JUDGE RULES, CIVIL COVER SHEET
               ELECTRONIC FILING INSTRUCTION & RULE 7.1.
               STATEMENT
upon DEREK SCHULMAN
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
      DENISE RAMOS,  CO-WORKER
 a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: FEMALE   COLOR: TAN      HAIR: BLACK      AGE: 25  HEIGHT: 5:3   WEIGHT: 120
OTHER IDENTIFYING FEATURES:
On 05/21/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
21st  day of  May,           2008ni        ................................
                                           HARRY TORRES   0915257
SAMSON NEWMAN                              AETNA  CENTRAL  JUDICIAL  SERVICES
Notary Public, State of New York           225 BROADWAY, SUITE 1802
    No.01NE-4783767                        NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY               Reference No: 3FA1127978
Commission Expires 11/03/2009
```

```
Form 02 - SUITABLE AGE           AETNA CENTRAL JUDICIAL SERVICES
         FURGANG & ADWAR, L.L.P.
         ATTN:
U.S.SOUTHERN DIST. COURT     NEW YORK    COUNTY
-----------------------------------------------
                                              Index No. 08-CIV-4452
NEIL FALLON, ETAL                    plaintiff
                                              Date Filed  . . . . . . . . . . . .
              - against -
                                              Office No. 10057
DRT ENTERTAINMENT, INC., ETANO       defendant
                                              Court Date:   / /
-----------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK           :SS:
HARRY TORRES       being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
20th day of May, 2008   04:48 PM            at
    %DRT ENTERTAINMENT, INC.
    511 W.33RD ST.4THFL.NY,NY 10001
I served the    SUMMONS AND COMPLAINT
                JUDGE RULES, CIVIL COVER SHEET
                ELECTRONIC FILING INSTRUCTION & RULE 7.1.
                STATEMENT
upon DEREK SCHULMAN
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    DENISE RAMOS,  CO-WORKER
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: FEMALE  COLOR: TAN     HAIR: BLACK      AGE: 25  HEIGHT: 5:3   WEIGHT: 120
OTHER IDENTIFYING FEATURES:
On 05/21/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
21st  day of  May,           2008ni

SAMSON NEWMAN                           HARRY TORRES   0915257
Notary Public, State of New York        AETNA CENTRAL JUDICIAL SERVICES
    No.01NE-4783767                     225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY            NEW YORK, NY, 10007
Commission Expires 11/03/2009           Reference No: 3FA1127978
```