Form 07 - CORPORATION
      FURGANG & ADWAR, L.L.P.
      ATTN:
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY
-----------------------------------------------

NEIL FALLON, ETAL                  plaintiff

         - against -

DRT ENTERTAINMENT, INC., ETANO    defendant

-----------------------------------------------

Index No. 08-CIV-4452

Date Filed ............

Office No. 10057

Court Date:   /   /

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**HARRY TORRES**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **20th** day of **May, 2008 at 04:48 PM.,**  at
    511 W.33RD ST, 4TH FL.
    NEW YORK, NY 10001

I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **JUDGE RULES, CIVIL COVER SHEET**
    **ELECTRONIC FILING INSTRUCTION & RULE 7.1.**
    **STATEMENT**

upon **DRT ENTERTAIMNENT, INC.**
**a domestic corporation, the  DEFENDANT**  therein named by delivering to, and leaving personally with
    **DENISE RAMOS,     MANAGING AGENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
    SEX: **FEMALE**    COLOR: **TAN**    HAIR: **BLACK**
    APP. AGE: **25**    APP. HT: **5:3**    APP. WT: **120**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
21st   day of   May,        2008ni
SAMSON NEWMAN
Notary Public, State of New York
    No.01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

HARRY TORRES  0915257
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3FA1127977

Form 07 - CORPORATION
       **FURGANG & ADWAR,L.L.P.**
      **ATTN:**
U.S.SOUTHERN DIST. COURT    NEW YORK   COUNTY
-----------------------------------------------------

|  |  |
|---|---|
| NEIL FALLON, ETAL           plaintiff | Index No. **08-CIV-4452** |
| - against - | Date Filed ............. |
| DRT ENTERTAINMENT, INC., ETANO    defendant | Office No. **10057** |
|  | Court Date:  /  / |

-----------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:

**HARRY TORRES**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **20th** day of **May, 2008 at 04:48 PM.,**    at
   **511 W.33RD ST, 4TH FL.**
   **NEW YORK, NY 10001**

I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGE RULES, CIVIL COVER SHEET**
   **ELECTRONIC FILING INSTRUCTION & RULE 7.1.**
   **STATEMENT**

upon **DRT ENTERTAIMNENT, INC.**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
    **DENISE RAMOS,   MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
    SEX: **FEMALE**     COLOR: **TAN**     HAIR: **BLACK**
    APP. AGE: **25**     APP. HT: **5:3**     APP. WT: **120**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
21st  day of  May,     2008ni
SAMSON NEWMAN
Notary Public, State of New York
    No.01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

......................
HARRY TORRES / 0915257
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3FA1127977