USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
NEAL FALLON, JEAN-PAUL GASTER, DAN  :
MAINES, and RICHARD SULT, individually and :
collectively p/k/a CLUTCH,          :           No. 08-civ-4452 (JES)
                Plaintiffs,          :
                                    :
     vs.                            :
                                    :
DRT ENTERTAINMENT, INC. and DEREK   :
SHULMAN,                            :
                Defendants.         :
-------------------------------------------------------X

### STIPULATION AND ORDER ADJOURNING TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties that the time for Defendants DRT Entertainment, Inc. and Derek Shulman to answer or move with respect to the Complaint is adjourned from June 9, 2008 to June 16, 2008.

Dated: New York, New York
       June 9, 2008

FURGANG & ADWAR, L.L.P                      ROSENFELD & KAPLAN, LLP

By: _____                 By: _____
Stephanie Furgang Adwar (SA-1711)            Robert M. Klingon (RK-0574)
1325 Avenue of the Americas, 28th Fl.        535 Fifth Avenue, Suite 1006
New York, New York 10019                     New York, New York 10017
(212) 725-1818                               (212) 682-1400
*Attorneys for Plaintiffs*                   *Attorneys for Defendants*

SO ORDERED,

_____
Hon. John E. Sprizzo, USDJ
6-11-08