UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NEIL FALLON, JEAN-PAUL GASTER, DAN MAINES and RICHARD SULT, individually and collectively p/k/a CLUTCH<br><br>                             Plaintiffs,<br>     vs.<br><br>DRT ENTERTAINMENT, INC., and DEREK SCHULMAN<br>                             Defendants. | Civil Action No. 08-CIV-4452<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local rules of the United States District Courts for the Southern and Eastern District of New York, I, STEPHANIE FURGANG ADWAR, a member in good standing of the bar of this court, hereby move for an Order allowing the admission pro hac vice of

        Applicant's Name: TIMOTHY C. MATSON

        Firm Name:   LOMMEN ABDO COLE KING & STAGEBERG, P.A.

        Address:     80 South Eighth Street
                         Suite 2000
                         Minneapolis, MN 55402

        Phone Number:   612-339-8131

        Fax:                612-339-8064

TIMOTHY C. MATSON, a member in good standing of the Bar of the States of

There are no pending disciplinary proceeding against TIMOTHY C. MATSON in any State or Federal court.

Dated: June 17, 2008

City, State: New York, New York

Respectfully submitted,

_____
STEPHANIE FURGANG ADWAR (SA-1711)
FURGANG & ADWAR, L.L.P.
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
Telephone: (212) 725-1818
Fax:   (212) 941-9711

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEIL FALLON, JEAN-PAUL GASTER, DAN MAINES and RICHARD SULT, individually and collectively p/k/a CLUTCH<br><br>Plaintiffs,<br><br>vs.<br><br>DRT ENTERTAINMENT, INC., and DEREK SCHULMAN<br>Defendants. | Civil Action No.08- CIV-4452<br><br>**AFFIRMATION OF STEPHANIE FURGANG ADWAR IN SUPPORT OF MOTION TO ADMIT TIMOTHY C. MATSON, PRO HAC VICE** |

I, Stephanie Furgang Adwar, do affirm that:

1. I am local counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Timothy C. Matson as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on August 12, 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this court.

3. I have known Mr. Matson since October of 2003.

4. Mr. Matson is a partner at Lommen Abdo Cole King Stageberg, P.A., in Minneapolis, Minnesota.

5. I have found Mr. Matson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Timothy C. Matson, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Timothy C. Matson, pro hac

vice which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Timothy C. Matson, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:         June    , 2008
City, State:   West Nyack, NY

                                                    Respectfully submitted,
                                                    FURGANG & ADWAR, L.L.P.

                                                    BY: STEPHANIE FURGANG ADWAR (SA-1711)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEIL FALLON, JEAN-PAUL GASTER, DAN MAINES and RICHARD SULT, individually and collectively p/k/a CLUTCH<br><br>　　　　　　　　　Plaintiffs,<br>vs.<br><br>DRT ENTERTAINMENT, INC., and DEREK SCHULMAN<br>　　　　　　　　　Defendants. | Civil Action No.08- CIV-4452<br><br>**DECLARATION OF TIMOTHY CART MATSON IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Timothy Cart Matson, do affirm that:

1. I am a shareholder of the Minneapolis law firm Lommen, Abdo, Cole, King & Stageberg, P.A. and counsel for Plaintiff in the above captioned action. I make this declaration in support of Plaintiff's motion to admit me as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of Minnesota. I was admitted to practice law before all Minnesota state courts on May 8, 1992 and before the United States District Court for the District of Minnesota on August 18, 1993.

3. There are no pending disciplinary proceeding against me in any State or Federal court.

4. I respectfully request that the Court issue an order granting my admission to appear pro hac vice in the above-encpationed matter.

Dated: June 12, 2008

Respectfully submitted,
LOMMEN ABDO COLE KING & STAGEBERG P.A..

BY: Timothy C. Matson (Minn. Atty. I.D. No. 225423)

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

TIMOTHY CART MATSON

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 08, 1992

Given under my hand and seal of this court on

June 16, 2008

*Fredrick K. Grittner*
Fredrick K. Grittner
Clerk of Appellate Courts

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEIL FALLON, JEAN-PAUL GASTER, DAN MAINES and RICHARD SULT, individually and collectively p/k/a CLUTCH<br><br>Plaintiffs,<br>vs.<br><br>DRT ENTERTAINMENT, INC., and DEREK SCHULMAN<br>Defendants. | Civil Action No.08- CIV-4452<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN NOTICE** |

Upon the motion of STEPHANIE FURGANG ADWAR, attorney for Plaintiffs Neil Fallon, Jean-Paul Gaster, Dan Maines and Richard Sult, individually and collectively p/k/a Clutch and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   TIMOTHY C. MATSON

Firm Name:   LOMMEN ABDO COLE KING & STAGEBERG, P.A.

Address:   80 South Eighth Street
Suite 2000
Minneapolis, MN  55402

Phone Number:   612-339-8131

Fax:   612-339-8064

Email Address:   Tim@lommen.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF passwork at nysd.uscours.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

City, State:

_____

United States District/Magistrate Judge

## Certificate of Service

 I certify that the Motion to Admit Timothy C. Matson, Esq., Pro Hac Vice, along with all supporting documents and affirmations, was served upon Defendants' attorney Tab K. Rosenfeld, Esq., by depositing same in the United States mail, first-class, postage prepaid, in an envelope addressed to said attorney at Rosenfeld & Kaplan, LLP, 535 Fifth Avenue, Suite 1006, New York, NY 10017 which address is last known to me.

            STEPHANIE FURGANG ADWAR (SA-1711)

Dated: June 17, 2008