USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

NEIL FALLON, JEAN-PAUL GASTER, DAN ) Civil Action No.08- CIV-4452
MAINES and RICHARD SULT, individually and )
collectively p/k/a CLUTCH )
)
Plaintiffs, ) **ORDER FOR ADMISSION**
vs. ) **PRO HAC VICE**
) **ON WRITTEN NOTICE**
DRT ENTERTAINMENT, INC., and DEREK )
SCHULMAN )
Defendants. )
_____)

Upon the motion of STEPHANIE FURGANG ADWAR, attorney for Plaintiffs Neil Fallon, Jean-Paul Gaster, Dan Maines and Richard Sult, individually and collectively p/k/a Clutch and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   TIMOTHY C. MATSON

Firm Name:   LOMMEN ABDO COLE KING & STAGEBERG, P.A.

Address:   80 South Eighth Street
           Suite 2000
           Minneapolis, MN  55402

Phone Number:   612-339-8131

Fax:   612-339-8064

Email Address:   Tim@lommen.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immeditately apply for an ECF passwork at nysd.uscours.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 7-1-08

City, State: N.Y N.Y

*[signature]*

United States District/~~Magistrate~~ Judge