UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

NEIL FALLON, JEAN-PAUL GASTER, DAN
MAINES and RICHARD SULT, individually
and collectively p/k/a CLUTCH,

                    Plaintiffs,

          - against -                              08 Civ. 4452 (JES)

DRT ENTERTAINMENT, INC. and DEREK
SCHULMAN,

                    Defendants.

-----------------------------------------X

          Counsel to all parties in the above-captioned action having

appeared before the Court for a Pre-Motion Conference on July 10,

2008, and defendants having sought leave of the Court to submit a

Motion to Dismiss, and the Court having considered all matters raised,

it is

          **ORDERED** that, as discussed at the aforementioned Conference,

defendants shall be and hereby are granted leave to submit their

Motion to Dismiss, not to exceed twenty five (25) pages, on or before

August 11, 2008; and it is further

          **ORDERED** that plaintiffs shall submit their Response to such

Motion, not to exceed twenty five (25) pages, on or before September

12, 2008; and it is further

          **ORDERED** that Oral Argument shall occur on October 22, 2008 at

3:00 p.m. in Courtroom 14C, 500 Pearl Street.


Dated:    New York, New York

          July  10  , 2008


                                        _____
                                              John E. Sprizzo
                                        United States District Judge