```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NEIL FALLON, JEAN-PAUL GASTER, DAN
MAINES and RICHARD SULT, individually
and collectively p/k/a CLUTCH,

                Plaintiffs,

        - against -                             08 Civ. 4452 (JES)

DRT ENTERTAINMENT, INC. and DEREK                    ORDER
SCHULMAN,

                Defendants.
----------------------------------------X
```

The above-captioned action having come before the Court, and the Court having considered all matters raised, it is

**ORDERED** that the Oral Argument previously scheduled for October 22, 2008 shall be and hereby is adjourned until October 23, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         July 15, 2008

                                          _____
                                              John E. Sprizzo
                                          United States District Judge