UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NEAL FALLON, JEAN-PAUL GASTER, DAN  :
MAINES, and RICHARD SULT, individually and :
collectively p/k/a CLUTCH, : No. 08-CIV-4452 (JES)(JCF)
          Plaintiffs, :
:
vs. : **Rule 7.1 Statement**
:
DRT ENTERTAINMENT, INC. and DEREK :
SHULMAN, :
          Defendants. :
------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DRT Entertainment, Inc. (a private non-governmental party) certifies that it has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       August 11, 2008

                                        **ROSENFELD & KAPLAN, LLP**

                          By: _____
                               Tab K. Rosenfeld (TR-9212)
                               Steven M. Kaplan (SK- 4228)
                               535 Fifth Avenue, Suite 1006
                               New York, New York 10017
                               (212) 682-1400
                               *Attorneys for Defendants and*
                               *Counterclaim Plaintiff*