```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NEIL FALLON, JEAN-PAUL GASTER, DAN
MAINES and RICHARD SULT, individually
and collectively p/k/a CLUTCH,

                    Plaintiffs,

        - against -                              08 Civ. 4452 (JES)

DRT ENTERTAINMENT, INC. and DEREK
SCHULMAN,                                            ORDER

                    Defendants.
----------------------------------------X
```

The above-captioned action having come before the Court, and the Court having considered all matters raised, it is

**ORDERED** that the Oral Argument previously scheduled for October 23, 2008 shall be and hereby is adjourned; and it is further

**ORDERED** that a Pre-Trial Conference shall occur on October 23, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         September 4, 2008

                                            _____
                                                 John E. Sprizzo
                                            United States District Judge